ALBERT G. BAGOLY, JR. *v.* FRANK J. RICCIO ET AL.

The petition by the defendant Richard R. Burmeister for certification for appeal from the Appellate Court, 102 Conn. App. 792 (AC 27587), is denied.

*Terence D. Mariani,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided October 30, 2007

ALBERT G. BAGOLY, JR. *v.* FRANK J. RICCIO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 792 (AC 27587), is denied.

*Edward Maum Sheehy,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided October 30, 2007

EMBALMERS' SUPPLY COMPANY *v.* SALVATORE D. GIANNITTI ET AL.

The petition by the defendant Modugno, Modugno & Modugno, LLC, for certification for appeal from the Appellate Court, 103 Conn. App. 20 (AC 25829), is denied.

*Anthony M. Modugno,* in support of the petition.

*Louis Ciccarello,* in opposition.

Decided October 30, 2007